# United States Court of Appeals

## FOR THE SEVENTH CIRCUIT
### CHICAGO, ILLINOIS 60604

September 6, 2012

**Before**

JOEL M. FLAUM, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 11-3389

|  |  |
|---|---|
| SHAQUILLE GRIFFIN, | Appeal from the United States District Court for the Northern District of Illinois, |
| *Plaintiff-Appellant*, | Eastern Division |
| *v.* | No. 09-cv-06549 |
| RICHARD BELL, | Arlander Keys, *Magistrate Judge* |
| *Defendant-Appellee*. | |

### O R D E R

The slip opinion issued on September 4, 2012 is amended as follows:

On page 11, line 12, the word "witness" shall be replaced with the word "juror."